**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO: 9:18-cv-81568-JIC**

LATOYA WILLIAMS, and
all others similarly situated under
*29 U.S.C. 216(b)*,

      Plaintiff(s),

      v.

TREATMENT PARTNERS OF
AMERICA LLC, a Florida Limited
Liability Company, and
SCOTT FRANKEL, individually,

      Defendants.

                                /

## PLAINTIFF'S BRIEF RESPONSE TO D.E. 35

Plaintiff, LATOYA WILLIAMS ("Plaintiff"), by and through undersigned counsel, hereby

files her Response to D.E. 35, as follows:

Earlier today, April 29, 2019, counsel for individual Defendant, SCOTT FRANKEL

(hereinafter "Mr. Frankel"), filed a Motion to Withdraw. *D.E. 35.* Today is also the deadline for

Mr. Frankel to respond to the Plaintiff's Statement of Uncontested Material Facts, and Plaintiff's

Motion for Final Summary Judgment. *D.E. 31; D.E. 32.* Within the motion to withdraw, defense

counsel seeks a stay of the proceedings, and a thirty (30) day extension of time for Mr. Frankel to

retain new counsel and respond to the summary judgment pleadings. *D.E. 35.* Prior to the filing

of D.E. 35, the undersigned counsel advised defense counsel that Plaintiff would respectfully defer

to the Court on the relief sought within D.E. 35.[1] *See e-mail attached hereto as Exhibit "A."* The undersigned counsel explained Plaintiff's position as follows:

> Tricky situation.
>
> Summary judgment is filed and multiple deadlines are set over the next three (3) weeks. With motions to withdraw there is usually an accompanying request for a 30 day period to seek new counsel… In our situation that would significantly effect and delay the Court's Scheduling order and prejudice the plaintiff. Is Mr. Frankel going to represent himself pro se or is he going to retain new counsel?
>
> **I understand you may need to get a motion on file, so we will defer to the Court on this issue**. I am out of the office until later this afternoon so please include Melissa and Jill on any correspondences that need our immediate attention. Thank you.

*Exhibit "A."*

In light of the fact that this Honorable Court's Scheduling Order could ultimately be delayed by the relief sought by defense counsel, Plaintiff respectfully defers to the judgment of the Court on this issue.

**Dated this 26th day of April, 2019.**

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
*Counsel for Plaintiff, Latoya Williams*

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
jordan@jordanrichardspllc.com
melissa@jordanrichardspllc.com
jake@jordanrichardspllc.com
jill@jordanrichardspllc.com
stephanie@jordanrichardspllc.com

---

[1] For reasons unknown to Plaintiff, defense counsel advised the Court that "Plaintiff's counsel has not given his position on this motion." *D.E. 35, at ¶5.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed

via CM/ECF on April 26, 2019, to the parties indicated below.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**SCOTT L. CAGAN, ESQUIRE**
Florida Bar No. 822681
*Scott.cagan@gray-robinson.com*
**THOMAS LOFFREDO, ESQUIRE**
Florida Bar No.
*Tom.loffredo@gray-robinson.com*
GRAY | ROBINSON, P.A.
401 East Las Olas Blvd. Suite 1000
Fort Lauderdale, Florida 33301
Ph: (954) 761-8111
*Counsel for Defendant, Scott Frankel*