# Re: Williams

 Jordan Richards

Today, 10:10 AM

Tom Loffredo <Tom.Loffredo@gray-robinson.com>; +3 more ⌄

 👍 ↩ Reply all | ⌄

Sent Items

Tricky situation.

Summary judgment is filed and multiple deadlines are set over the next three (3) weeks.  With motions to withdraw there is usually an accompanying request for a 30 day period to seek new counsel...  In our situation that would significantly effect and delay the Court's Scheduling Order and prejudice the plaintiff.  Is Mr. Frankel going to represent himself pro se or is he going to retain new counsel?

I understand that you may need to get a motion on file, so we will defer to the Court on this issue.  I am out of the office until later this afternoon so please include Melissa and Jill on any correspondences that need our immediate attention.  Thanks.

Sincerely,
*Jordan Richards, Esquire*



805 East Broward Boulevard
Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
www.usaemploymentlawyers.com

**DISCLAIMER:** This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Tom Loffredo <Tom.Loffredo@gray-robinson.com>
**Sent:** Friday, April 26, 2019 9:35 AM
**To:** Jordan Richards
**Cc:** Scott L. Cagan
**Subject:** Williams

Jordan - given no settlement, we are moving to withdraw today. Any objection?

Thx Tom

Sent from my iPhone

Tom Loffredo | Fort Lauderdale Managing Director
Florida Supreme Court Certified Circuit Mediator
G R A Y | R O B I N S O N

401 East Las Olas Blvd., Suite 1000 | Fort Lauderdale, Florida 33301
T: 954-761-8111 | F: 954-761-8112 | M: 954-895-3405
Tom.Loffredo@gray-robinson.com | [www.Gray-Robinson.com](http://www.Gray-Robinson.com)

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.